**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 21-cv-00662-NYW

BIG SKY TRADING LLC,

    Plaintiff,

v.

ALFALFA'S MARKET, INC.,

    Defendant.

---

**PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION AND TO CONSOLIDATE HEARING WITH THE TRIAL ON THE MERITS**

---

Big Sky Trading LLC (the "*Plaintiff*"), by and through its undersigned counsel, hereby moves this Court for the entry of a preliminary injunction pursuant to Fed. R. Civ. P. 65(a), against defendant, Alfalfa's Market, Inc. ("*Defendant*"). As grounds, the Plaintiff states as follows:

1. In support of this Motion, the Plaintiff adopts and incorporates its contemporaneously filed Plaintiff's Memorandum of Law in Support of its (A) Emergency Motion for Temporary Restraining Order and (B) Motion for Preliminary Injunction (the "*Memorandum of Law*"), including the Declaration of Plaintiff in Support of Injunctive Relief and PACA Trust Claim of Big Sky Trading LLC, (the "*Declaration of Plaintiff*") and exhibits attached thereto.

2. For the same reasons stated in the Memorandum of Law and the Declaration of Plaintiff, the Plaintiff respectfully requests this Court enter a Preliminary Injunction to enjoin the Defendant, its agents, employees, successors, banking institutions, attorneys, and all other persons in active concert or participation with them from using, consuming, or otherwise dissipating PACA

trust assets and other Defendant owned assets, or making payment of any trust or Defendant owned assets to any creditor, person, or entity until further order of this Court.

3. The Preliminary Injunction should also order the Defendant, its agents, employees, successors, banking institutions, attorneys, and all persons in active concert and participation with the Defendant to immediately turn over to the registry of the Court all assets impressed with the PACA trust for the benefit of all unpaid trust beneficiaries such as the Plaintiff.

4. As set forth in the contemporaneously-filed Memorandum of Law and Declaration of Plaintiff, absent the entry of the requested Preliminary Injunction, immediate and irreparable injury, loss, and damage will continue to harm the Plaintiff because the Defendant will continue dissipating the Plaintiff's interest in the statutory trust and its secured interest in the Company's assets.

5. Plaintiffs further seeks to advance the trial on the merits and consolidate it with the hearing on entry of a Preliminary Injunction to the extent permissible under Fed. R. Civ. P. 65(a)(2).

WHEREFORE, the Plaintiff prays this Court enter a Preliminary Injunction that (1) enjoins the Defendant's continued dissipation of the PACA Trust Assets and (2) directs the Defendant, its agents, employees, successors, banking institutions, attorneys, and all persons in active concert and participation with the Defendants to immediately turn over to the registry of the Court all assets impressed with the PACA trust for the benefit of all unpaid trust beneficiaries such as the Plaintiff.

- 3 -

Dated: March 5, 2021                            Respectfully submitted,

   *s/ Kyler K. Burgi*
Kyler K. Burgi
Michael S. Richardson
DAVIS GRAHAM & STUBBS LLP
1550 17th Street, Suite 500
Denver, Colorado, 80202
Telephone:  303.892.9400
Facsimile: 303.893.1379
Email: kyler.burgi@dgslaw.com
       mike.richardson@dgslaw.com

AND

Jason R. Klinowski
KLINOWSKI DAMIANO LLP
P.O. Box 43404
Birmingham, Alabama 35243
Telephone: 205.644.8881
Facsimile: 205.644.8489
Email: jklinowski@aglawyer.com

*Attorneys for Plaintiff Big Sky Trading LLC*