**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Raymond P. Moore**

Civil Action No. 21-cv-00662-RM

BIG SKY TRADING LLC,

     Plaintiff,

v.

ALFALFA'S MARKET, INC.,

     Defendant.

---

**TEMPORARY RESTRAINING ORDER**

---

This matter is before the Court on Plaintiff's Emergency Motion for Temporary Restraining Order (ECF No. 6), seeking entry of a temporary restraining order under Fed. R. Civ. P. 65(b).  The Court has considered the relevant pleadings and evidence, which demonstrate that Defendant purchased perishable agricultural commodities in interstate commerce and, thereafter, failed to pay Plaintiff in violation of the Perishable Agricultural Commodities Act ("PACA").

Such pleadings and supporting documents establish that Defendant has either dissipated the PACA trust or has presented a sufficient threat of dissipation of such trust to warrant the relief granted in this Order.  On the basis of the pleadings and Plaintiff's declaration and other submissions, it appears to this Court that Plaintiff will suffer irreparable injury due to Defendant's dissipation of Plaintiff's beneficial interest in the statutory trust created pursuant to 7 U.S.C. § 499e(c) and that such dissipation will continue in the absence of injunctive relief.

Due to the threat of further dissipation, the Court agrees that a temporary restraining order is appropriate.

Accordingly, Plaintiff's motion is GRANTED, and the Court ORDERS that:

1.      Defendant and its respective agents, officers, and assigns are DIRECTED NOT to pay, withdraw, transfer, assign, or sell any and all existing PACA trust assets or otherwise dispose of corporate assets to any creditors, persons, or entities until further order from this Court or Defendant's deposit into the Court Registry the sum of $76,019.42.

2.      Pending further order of this Court, or until such time as Defendant pays Plaintiff or makes the above deposit, no banking institution holding funds for Defendant shall pay, transfer, or permit assignment or withdrawal of any existing PACA trust assets held on behalf of the Defendant or pay, transfer, or permit assignment or withdrawal of Defendant's corporate assets without this Court's express written approval.

3.      This Order will be binding upon the parties to this action, their officers, agents, servants, employees, banks, or attorneys and all other persons or entities who receive actual notice of this Order by personal service or otherwise.  In this regard, Defendant shall serve a copy of this Order on all financial institutions with which it does or may do any business or who may be holding any assets for or on behalf of Defendant.

4.      No bond is set in this matter.

5.      A preliminary injunction hearing is set for March 22, 2021, at 10 a.m. in Courtroom A601 before Judge Raymond P. Moore.  The hearing may be conducted via video teleconference or in person as the Court directs.  Three business days in advance of the hearing,

the parties shall file notice advising of the names of any witnesses that will be called.  The Court will use this information to determine whether the hearing will be in person.

6.      Plaintiff, through its counsel, shall serve a true and correct copy of this Order on Defendant, including its counsel, if known.

DATED this 8th day of March, 2020 at 2 p.m.

BY THE COURT:

RAYMOND P. MOORE
United States District Judge