IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-00662-RM

BIG SKY TRADING LLC,

    Plaintiff,

v.

ALFALFA'S MARKET, INC.,

    Defendant.

## PLAINTIFF'S UNOPPOSED MOTION TO DISSOLVE TEMPORARY RESTRAINING ORDER

Big Sky Trading LLC (the "*Plaintiff*"), by and through its undersigned counsel, hereby moves this Court for the entry of an order dissolving this Honorable Court's March 8, 2021, Temporary Restraining Order (the "TRO") [D.E. #12], against defendant, Alfalfa's Market, Inc. ("*Defendant*").  As grounds, the Plaintiff states as follows:

1.    Following this Honorable Court's entry of the TRO on March 8, 2021, Plaintiff caused a true and correct copy of said TRO to be e-mailed to the president of Defendant and its later identified counsel.  Following this e-mail exchange, the parties and their counsel began settlement discussions.

2.    On March 9, 2021, Plaintiff caused a true copy of the TRO to be served upon both Defendant and its bank.

3.    On March 10, 2021, the parties to the above styled civil action reached a settlement and, concurrent herewith, Plaintiff will file its Notice of Voluntary Dismissal with Prejudice.

4.      Notwithstanding the agreed dismissal, Defendant's banks and other similar parties need an order of this Honorable Court dissolving the TRO and ordering Defendant's banks to forthwith unfreeze any accounts that were frozen as a result of entry of the TRO.

5.      The undersigned counsel affirms that he met and conferred with counsel for the Defendant, via both teleconference and e-mail, on March 10, 2021 to discuss the relief requested herein and to solicit any objections to the same.  Following these conferrals, the Defendant does not oppose the instant Motion.

WHEREFORE, the Plaintiff prays this Court enter an order in the form attached hereto that (1) dissolves the March 8, 2021, Temporary Restraining Order [D.E. #12] and, thereafter, (2) dismisses the above styled civil action, with prejudice, as stated in Plaintiff's concurrently filed Rule 41 Notice of Voluntary Dismissal with Prejudice.

Dated: March 11, 2021                              Respectfully submitted,

   *s/ Kyler K. Burgi*
Kyler K. Burgi
Michael S. Richardson
DAVIS GRAHAM & STUBBS LLP
1550 17th Street, Suite 500
Denver, Colorado, 80202
Telephone:  303.892.9400
Facsimile: 303.893.1379
Email:  kyler.burgi@dgslaw.com
         mike.richardson@dgslaw.com

AND

Jason R. Klinowski
KLINOWSKI DAMIANO LLP
P.O. Box 43404
Birmingham, Alabama 35243
Telephone: 205.644.8881
Facsimile: 205.644.8489
Email: jklinowski@aglawyer.com

*Attorneys for Plaintiff Big Sky Trading LLC*