IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-00662-RM

BIG SKY TRADING LLC,

    Plaintiff,

v.

ALFALFA'S MARKET, INC.,

    Defendant.

## NOTICE OF RULE 41 VOLUNTARY DISMISSAL
## OF ACTION WITH PREJUDICE

Big Sky Trading LLC ("*Plaintiff*"), by and through its undersigned counsel, hereby gives notice, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, of the voluntary dismissal, with prejudice, of the above styled civil action and advises the Court that the parties have resolved and otherwise settled this action with each party bearing their own fees and costs. As such, the Court may immediately dismiss the action against all named defendants with prejudice.

Respectfully submitted,

March 11, 2021

By:    /s/ Kyler K. Burgi

Kyler K. Burgi, Esq.
Michael S. Richardson
DAVIS GRAHAM & STUBBS LLP
1550 17th Street, Suite 500
Denver, CO 80202
Telephone (303) 892-9400
Facsimile (303) 893-1379
E-mail: kyler.burgi@dgslaw.com
        mike.richardson@dgslaw.com

*AND*

Jason R. Klinowski
KLINOWSKI DAMIANO LLP
P.O. Box 43404
Birmingham, AL 35243
Telephone:(205) 644-8881
Fax: (205) 644-8489
Email: jklinowski@aglawyer.com

*Attorneys for Plaintiff Big Sky Trading, LLC*