**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 21-cv-00662-RM

BIG SKY TRADING LLC,

    Plaintiff,

v.

ALFALFA'S MARKET, INC.,

    Defendant.

---

**ORDER DISSOLVING TEMPORARY RESTRAINING ORDER**

---

    On March 5, 2021, Plaintiff applied for the issuance of a temporary restraining order under Fed. R. Civ. P. 65(b).  The Court considered the relevant pleadings, including the application, the affidavit of Jeff Reid, owner of the Plaintiff, and all related moving papers.  On March 8, 2021, the Court entered a temporary restraining order (ECF No. 12).

    On March 10, 2021, Plaintiff's Unopposed Motion to Dissolve Temporary Restraining Order came before this Court.  The Court considered the motion, Plaintiff's concurrently filed Notice of Voluntary Dismissal with Prejudice (ECF No. 16), and all related moving papers.

    Based on the foregoing, IT IS HEREBY ORDERED:

    1.    The temporary restraining order (ECF No. 12) entered in this action is hereby DISSOLVED, and the case is to be DISMISSED WITH PREJUDICE, with each party bearing its own attorney fees and costs;

2. any and all banking institutions holding funds for Defendant are hereby ordered to unfreeze any Defendant accounts forthwith, and are further authorized to (i) pay, transfer, and permit assignment or withdrawal of any existing PACA trust assets held on behalf of Defendant, and (ii) pay, transfer, and permit assignment or withdrawal of Defendant's corporate assets; and

3. the Clerk of the Court is hereby directed to CLOSE this case.

DATED this 11th day of March, 2021.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge